# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGO ENERGY INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTENERGY POWER SYSTEM INC., and others,<br><br>　　　　Defendants. | Case No. 20-cv-03622 NC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO STAY CERTAIN CASE DEADLINES**<br><br>Re: ECF 65 |

　　The Court DENIES Defendants' request to stay or extend the February 16 deadlines for Patent Local Rule 3-3 invalidity contentions and their answer to the Second Amended Complaint. The Court finds that Defendants have not shown good cause to stay or extend the deadlines based on either: (1) Plaintiff's motion for leave to amend its Patent Local Rule 3-1 infringement disclosure, or (2) an anticipated, but not yet filed, petition for inter partes review.

　　IT IS SO ORDERED.

　　Date: February 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge